UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FREDERICK LUJUAN BROWN #436154, Petitioner | CIVIL DOCKET NO. 5:19-CV-591 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JOHN LEWIS, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 21), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 22), having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF Nos. 1, 5, 17) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 29th day of September, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE